THOMAS P. O'BRIEN
United States Attorney
LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division
David E. Pinchas(State Bar #130751)
Assistant United States Attorney
    Federal Building, Suite 7516
    300 North Los Angeles Street
    Los Angeles, California 90012
    Telephone:  (213) 894-2920
    Fax: (213) 894-7819
    Email: david.pinchas@usdoj.gov

Attorneys for Defendant
Postmaster General

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| NATHANIEL MCDANIEL, | NO. CV 08-4457 RGK (JCx) |
| Plaintiff, | |
| v. | [~~Proposed~~] JUDGMENT |
| JOHN E. POTTER, Postmaster General, | Honorable Robert G. Klausner |
| Defendant. | |

1  The Court, having considered all evidence and the arguments
2 of the parties, granted Defendant's Motion for Summary Judgment
3 by Order dated May 7, 2009.  In accordance with the Court's Order
4 Re Defendant's Motion for Summary Judgment (DE 37),
5  IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT judgment is
6 hereby entered in favor of the Defendant in this consolidated
7 action.

Dated: May 26, 2009

_____
UNITED STATES DISTRICT JUDGE

2